No. 94–1832. MARTELLO v. CIBA VISION CORP. C. A. 8th Cir. Certiorari denied. 

No. 94–1833. MOSER ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. ██ 

No. 94–1835. SANDERS v. LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied. 

No. 94–1836. NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES ET AL. v. MASSACHUSETTS ET AL. Sup. Jud. Ct. Mass. Certiorari denied. ██

No. 94–1840. BORZA ET AL. v. HALLMARK CARDS, INC., T/A AMBASSADOR CARDS, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 94–1843. EDGERTON SAND & GRAVEL, INC. v. GENERAL CASUALTY COMPANY OF WISCONSIN ET AL. Sup. Ct. Wis. Certiorari denied. 

No. 94–1844. YOUNG v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 11th Cir. Certiorari denied. 

No. 94–1847. MULTNOMAH COUNTY v. JOHNSON. C. A. 9th Cir. Certiorari denied. 

No. 94–1862. WILLIAMS v. VIRGINIA. Sup. Ct. Va. Certiorari denied. 

No. 94–1870. MARULLO ET AL. v. CASSANOVA ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–1882. UMBEHR v. HEISER ET AL. C. A. 10th Cir. Certiorari denied. 

No. 94–1906. SCOTT v. DODGE CORRECTIONAL INSTITUTION. C. A. 11th Cir. Certiorari denied. 

No. 94–1915. SHUMATE v. NATIONSBANK ET AL. C. A. 4th Cir. Certiorari denied.